UNITED STATES DISTRICT COURT
DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| KATHLEEN E. CAMARENA<br><br>                  Plaintiff,<br><br>vs.<br><br>NANCY A. BERRYHILL, Acting<br>  Commissioner of Social Security<br>  Administration,<br><br>                  Defendant. | Case No. CV-17-44-BLG-TJC<br><br>JUDGMENT IN A CIVIL CASE |

      **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

  **X**    **Decision by Court.** This action came before the Court for bench trial, hearing, or determination on the record. A decision has been rendered.

      IT IS ORDERED AND ADJUDGED that the Commissioner's decision be REVERSED and this matter be REMANDED pursuant to sentence four of 42 U.S.C. § 405(g) for further proceedings consistent with the Order.

      Dated this 17th day of September, 2018.

                                  TYLER P. GILMAN, CLERK

                                  By: /s/ Judith Rhoades
                                  Judith Rhoades, Deputy Clerk